UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID WAYNE HEATH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-20-569-G |
| ) | |
| WARDEN GRANT, FCI, EL RENO, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Petitioner David Wayne Heath, a federal prisoner, filed this action pursuant to 28 U.S.C. § 2241 challenging a disciplinary conviction. *See* Pet. (Doc. No. 1). In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Gary M. Purcell for preliminary review.

On September 15, 2020, Judge Purcell issued a Report and Recommendation (Doc. No. 16), in which he recommended the habeas petition be denied. In the Report and Recommendation, Judge Purcell advised the parties of their right to object to the Report and Recommendation by October 5, 2020. Judge Purcell also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation.

As of this date, no party has submitted an objection to the Report and Recommendation or sought leave for additional time to do so.

## CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 16) is ADOPTED in its

entirety.  The habeas corpus petition is DENIED.  A separate judgment shall be entered.

IT IS SO ORDERED this 10th day of November, 2020.

CHARLES B. GOODWIN
United States District Judge

2